COLUMBIA-KNICKERBOCKER TRUST COMPANY, as Substi-
tuted Trustee of a Trust Created by the Will of JOHN
C. TILLOTSON, Deceased, Respondent, v. CORNELIA R.
WAINWRIGHT et al., Respondents and HOWARD TILLOT-
SON et al., Appellants, Impleaded with Others.

*Columbia-Knickerbocker Trust Co.* v. *Wainwright*, 158 App. Div.
884, affirmed.
(Argued December 7, 1914; decided January 5, 1915.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered July 17, 1913, which affirmed a judgment of
Special Term construing the fourth clause of the will of
John C. Tillotson, deceased.

*Wilbur F. Earp, Joseph R. Truesdale, E. B. Wilson* and *Charles Levy* for appellants.

*Frederick J. Moses, Henry L. Morris* and *Isham Henderson* for plaintiff, respondent.

*Stephen H. Olin* and *William G. Murphy, Jr.,* for defendants, respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, HOGAN, MILLER and CARDOZO, JJ.